**Opinion issued June 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00378-CV

———————————

## IN RE JOSHUA HERRON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Joshua Herron has filed a petition for writ of mandamus, requesting that we order the trial court to declare venue proper and proceed to judgment in his favor.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Joshua Herron v. Castle Hills Police Department,* cause number 2025-00140, pending in the 113th District Court of Harris County, the Honorable Rabeea Sultan Collier presiding.